UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN WALTER, III,** <br><br> Plaintiff, <br><br> vs. <br><br> **SHANK,** <br><br> Defendant. | 2:22-CV-10821-TGB-DRG |

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan:  July 28, 2022.

                                             KINIKIA ESSIX
                                             CLERK OF THE COURT

                                             s/A. Chubb
                                             Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE